THE STATE, *Plaintiff in Error*, v. THRUSTON.

| 88 | 271 |
|----|----|
| 98 | 511 |
| 83a | 271 |
| 109 | 293 |
| 83a | 271 |
| 63a | 629 |
| 83a | 271 |
| 137 | 259 |
| 83a | 271 |
| 141 | 598 |

**Practice in Supreme Court:** MOTION TO QUASH: BILL OF EXCEPTIONS. A motion to quash an indictment must be preserved in the bill of exceptions or the action of the trial court upon it will not be reviewed by the Supreme Court.

*Error to Cooper Circuit Court.*—HON. E. L. EDWARDS, Judge.

AFFIRMED.

*D. H. McIntyre*, Attorney General, for the State.

*Draffen & Williams* for defendant in error.

MARTIN, C.—The defendant was indicted for selling liquor without license. In the record, it is recited that the defendant filed a petition to quash the indictment, and that the same was by consent of the parties submitted to the court, and that the court, after hearing and understanding the same, sustained it, and thereupon discharged the defendant. As this motion is not preserved in the record, by bill of exceptions, the reasons urged in it for quashing the indictment do not appear, and consequently the action of the lower court in sustaining it cannot be reviewed by this court on appeal or writ of error. *State v. Gee*, 79 Mo. 313. Accordingly the judgment is affirmed. All concur.